

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Efren Carrillo Hinojos,

Vs. No. 11-18-00239-CR

The State of Texas,

\* From the 385th District Court
of Midland County,
Trial Court No. CR49543.

\* September 17, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.